# EXHIBIT A

# Exhibit A

| PROCEEDING TO TRIAL AS SCHEDULED | | |
|---|---|---|
| 04-599 | Siemens Dematic Corp. f/k/a Rapistan Demag Corp. | Trial Date is set for 04/18/05 |
| 04-612 | General Electric Company | Trial Date is set for 04/18/05 |