IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*, [1]

Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, <br> v. <br> SIEMENS DEMATIC CORP., Defendant. | Civil Action No. 04-599 GMS <br><br> Adversary Case No. 02-04438 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff, <br> v. <br> GENERAL ELECTRIC COMPANY, Defendant. | Civil Action No. 04-612 GMS <br><br> Adversary Case No. 03-50501 PJW |

## **CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this 15th day of March 2005, I caused a copy of the foregoing *Notice of Court Ordered Telephone Status Conference Scheduled for Wednesday, March 16, 2005, at 3:00 p.m.* to be served on the individual listed on the attached list in the manner indicated therein.

_____
Sandra G. McLamb (Bar No. 4283)

---

[1]   The Debtors are the following entities:  InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

DOCS_DE:106511.1

**InaCom Adversary Service List**
**for March 16, 2005 Status Conference**
Document No. 106515
02 – Hand Delivery
02 - Facsimile

*Hand Delivery/ Facsimile*
(Counsel for Global Exchange Services, Inc.,
 f/k/a GE Information Services, Inc.; General
Electric Company; GE Corporate R&D; Teleconnex
Solutions, LLC, Active Link
Communications, Mobility Concepts; and Bellsouth Corp.)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801
Facsimile:  (302) 467-4450

*Hand Delivery/ Facsimile*
(Counsel to Siemens Dematic Corp.)
Brian J. McLaughlin, Esquire
Walsh, Monzack and Monaco, PA
1201 Orange Street, Suite 400
Wilmington, DE  19801
Facsimile:  (302) 656-2769