

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

Sandra G. McLamb                March 31, 2005                smclamb@pszyjw.com
                                                              (302) 778-6443

Hon. Gregory M. Sleet
District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington DE 19801-3570

   Re: **Inacom Corp. v. Siemans Dematic Corp. f/k/a Rapistan Dematic Corp.**
     <u>**Case No. 04-599 (GMS)**</u>

Dear Judge Sleet:

  On March 30, 2005, Plaintiff Inacom Corp. <u>et al</u>. received a further settlement offer from Defendant Siemans Dematic Corp. f/k/a Rapistan Dematic Corp. (the "Parties").

  Per the terms of the Debtor's Plan, the settlement must be submitted to the Unsecured Creditor's Committee ("Committee") for objection. The members of the Committee will have 5 days to object to the proposed settlement. Counsel for the Committee is seeking an expedited review of the settlement offer.

  In the interim, the Parties are in agreement and request that the deadline to submit the joint, proposed final pretrial order in this matter be extended to Monday, April 4, 2005. The extension will allow efforts to place the offer in front of the committee in an expedited fashion.

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

42125-003\DOCS_DE:106889.1



PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES

Hon. Gregory M. Sleet
March 31, 2005
Page 2

      Counsel for the Plaintiff and counsel for the Defendant are available at the Court's convenience should the Court have any questions regarding the request.

Respectfully yours,

Sandra G. McLamb, Esquire

SGM:sm
cc:    Brian J. McLaughlin, Esquire
       Stephen Grow, Esquire
       Jeffrey P. Nolan, Esquire
       Ms. Marlene Chappe
       File