# EXHIBIT "A"

## SIEMENS DEMATIC CORP. f/k/a RAPISTAN DEMATIC CORP.
## PREFERENCE PERIOD PAYMENTS

| Vendor | Payment Date | Payment Cleared | Payment # | Payment Amount | Invoice Amount |
|---|---|---|---|---|---|
| Rapistan Systems | 1/20/2000 | 3/22/2000 | 704394 | -$539,752.24 | $437,646.35 |
| Rapistan Systems | 1/20/2000 | 3/22/2000 | 704394 | -$539,752.24 | $33,967.50 |
| Rapistan Systems | 1/20/2000 | 3/22/2000 | 704394 | -$539,752.24 | $33,967.50 |
| Rapistan Systems | 1/20/2000 | 3/22/2000 | 704394 | -$539,752.24 | $33,967.50 |
| Rapistan Systems | 1/20/2000 | 3/22/2000 | 704394 | -$539,752.24 | $203.39 |
| Rapistan Systems | 3/15/2000 | 3/28/2000 | 716278 | -$2,114.00 | $999.69 |
| Rapistan Systems | 3/15/2000 | 3/28/2000 | 716278 | -$2,114.00 | $1,114.31 |

42125-003\DOCS_LA:137953.1