## EXHIBIT "B"

1. Complaint for Avoidance and Recovery of Preferential Transfers

2. Answer of Siemens Dematic to Complaint for Avoidance and Recovery of Preferential Transfers

3. Asset Sale to Compaq Computer Corporation "Project Rodeo"

4. Asset Purchase Agreement dated January 4, 2000

5. Schedule 1.01 – Definition of a Business

6. Contract and Proposal, dated February 5, 1999

7. Compaq/Inacom Transaction Checklist of Pre-closing Items – Legal

8. Treasury Released Checks by Date

9. Project Complete Confirmation Certificate

10. Inacom's Payment Ledger

11. May 10, 1999 Correspondence between Troy Kinney and Stan Diamond

12. Invoice no. 430524L

13. Invoice no. 430545B

14. Invoice no. 430545C

15. Invoice no. 430545D

16. Ledger of payments between Inacom and Siemens

17. Percent Completion Table of Dollars Paid

18. Scatter Distribution Table of Dollars Paid