IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INACOM CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2426 (PJW)<br>Jointly Administered |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>Plaintiffs,<br>v.<br><br>SIEMENS INFORMATION AND COMMUNICATION NETWORKS, INC.,<br><br>Defendant. | Adv. No. 02-04075 |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of April 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**FINAL PRETRIAL ORDER**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

DOCS_DE:106986.1

**SERVICE LIST FOR FINAL PRETRIAL ORDER**

*Via Hand Delivery*
(Counsel for Siemens Dematic Corp.
f/k/a Rapistan Dematic Corp.)
Brian McLaughlin (Bar No. 2462)
Kevin J. Mangan
WALSH, MONZACK, AND MONACO, P.A.
1201 Orange Street, Suite 1400
P.O. Box 2031
Wilmington, DE 19899

*Via First Class Mail*
(Counsel for Siemens Dematic Corp.
f/k/a Rapistan Dematic Corp.)
Stephen B. Grow
WARNER NORCROSS & JUDD LP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487