IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INACOM CORP., ET AL. | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all Affiliated Debtors,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS DEMATIC CORP. f/k/a RAPISTAN DEMATIC CORP.<br><br>Defendant. | C.A. No. 04-599 GMS<br><br>ADV. No. 02-04438 (PJW) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Brian J. McLaughlin, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Stephen B. Grow, Esquire, of the law firm Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon Street, N.W., Grand Rapids, Michigan 49503 to represent Siemens Logistics And Assembly Systems, Inc. f/k/a Siemens Dematic Corp. The admittee is admitted, practicing, and in good standing in the State of Michigan and the United States District Court for the Western District of Michigan.

/s/ M. Laughlin
Brian J. McLaughlin #2462
Kevin J. Mangan #3810
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
(302) 656-8162

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number __138814__.

_____
Stephen B. Grow, Esquire
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street N.W.
Grand Rapids, MI 49503-2489

Motion Granted.

BY THE COURT:

Dated: _____        _____
                              The Honorable Gregory M. Sleet